IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero

| | |
|---|---|
| In re:<br><br>Victoria Alexandra Pullman<br><br>    Debtor. | Case No. 25-11558 MER<br><br>Chapter 7 |
| Victoria Alexandra Pullman<br><br>    Plaintiff<br><br>v.<br><br>Aidvantage<br>Department of Education<br><br>    Defendants. | Adversary No. 25-1165 MER |

**ORDER TO SHOW CAUSE**

On July 11, 2025, this Court issued an order allowing the issuance of an alias summons and requiring the Plaintiff to file a certificate of service for the summons and complaint on the Defendants by July 25, 2025. On July 28, a second summons was issued and an amended complaint was filed. A certificate of service has not yet been filed. Accordingly,

IT IS THEREFORE ORDERED that by **October 14, 2025**, Plaintiff shall show cause in writing why this adversary proceeding should not be dismissed for failure to prosecute. If no response is timely filed, the Court shall enter its order dismissing this matter.

Dated September 23, 2025

BY THE COURT:

Michael E. Romero, Judge
United States Bankruptcy Court